UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BRUCE EMORY, et al.

                Plaintiffs,                          **MEMORANDUM AND ORDER**
                                                                             11-CV-1774 (RRM) (RLM)

   - against -

STATE OF NEW YORK, et al.

                Defendants.
----------------------------------------------------------X

      A Memorandum and Order of the undersigned having been issued this day granting defendants' motions for summary judgment and ordering that all claims brought by all plaintiffs as against defendants State of New York and Governor Andrew Cuomo be dismissed with prejudice, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      ORDERED ADJUDGED AND DECREED that plaintiffs take nothing of defendants; and that all claims brought by plaintiffs as against defendants State of New York and Governor Andrew Cuomo are dismissed with prejudice; and that this case is hereby closed.


Dated:  Brooklyn, New York                                *Roslynn R. Mauskopf*
         May 6, 2013                                          _____
                                                                      ROSLYNN R. MAUSKOPF
                                                                      United States District Judge